UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                              )
                                    )
PHYLLIS A. CHANDLER,                )
                                    )
     Debtor.                        )
_____
                                    )
GREENPOINT CREDIT, LLC,             )
                                    )
          Appellant,                )
                                    )
     v.                             )          Case No. 3:05-0564
                                    )          JUDGE ECHOLS
MICHAEL GIGANDET, TRUSTEE,          )
                                    )
          Appellee.                 )

<u>ORDER</u>

For the reasons set forth in the Memorandum entered contemporaneously herewith, the Order of the Bankruptcy Court granting Plaintiff/Appellee's Motion for Summary Judgment and denying Defendant/Appellant's Motion for Summary Judgment is hereby AFFIRMED.

Accordingly, this appeal is hereby DISMISSED.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE